STATE of Missouri, Respondent,

v.

Floyd DUDLEY, Appellant.

Floyd DUDLEY, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 62366, 64160.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 22, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals his jury conviction for sale of a controlled substance and the denial of his Rule 29.15 motion. We affirm

The findings of fact issued by the motion court are not clearly erroneous and no error of law appears. Rule 84.16(b)(2) and (5). We find no jurisprudential purpose would be served by a written opinion and affirm by summary order. Rule 30.25(b). A memorandum setting forth the reasons for our decision has been issued to the parties for their use only.

John D. COLYER, Appellant,

v.

DIRECTOR OF REVENUE, State
of Missouri, Respondent.

No. 63590.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 22, 1994.

Jay R. Burns, Jr., Ellisville, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for respondent.

Before GARY M. GAERTNER, C.J., and PUDLOWSKI and SIMON, JJ.

ORDER

PER CURIAM.

Appellant, John D. Colyer, appeals from a final order entered in the Circuit Court of St. Charles County affirming the Director of Revenue's revocation of appellant's drivers' license for a violation of RSMo Chapter 577. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the circuit court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the circuit court's order pursuant to Rule 84.16(b). A memorandum solely for the use the parties here involved has been provided explaining the reasons for our decision.